37 F.3d 1486
 Caterina (Joseph R.)
v.
Blakely Borough, Archbald Borough, Lackawanna County
Redevelopment Authority, Lackawanna County, Department of
Environmental Resources, Department of General Services of
PA, General State Authority of PA, Lackawanna County
Sheriff's Office, U. S. Army Corps of Engineers, U.S.
Department of Interior, CECO Associates, Inc., PA Department
of Transportation, Law Firm of Foley, Foley, Cognetti and
Cowley, Ormasa (John), McDade (Joseph
 NO. 93-7565
 United States Court of Appeals,
Third Circuit.
 Aug 18, 1994
 
 Appeal From: M.D.Pa.,
 Caldwell, J.
 
 
 1
 AFFIRMED.